# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JONATHAN DURHAM,<br><br>    Plaintiff,<br><br>v.<br><br>SUMMITT TRUCKING, LLC, THIRD COAST INSURANCE COMPANY, and JOSEPH STRICKLAND,<br><br>    Defendants. | REMOVED FROM STATE COURT OF BIBB COUNTY<br>CIVIL ACTION FILE NO. 22-SCCV-094133 |

## DEFENDANTS' NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Middle District of Georgia, Macon Division:

COME NOW, **SUMMITT TRUCKING, LLC**, **THIRD COAST INSURANCE COMPANY,** and **JOSEPH STRICKLAND,** (hereinafter "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.   A civil action was filed on April 19, 2022, in the State Court of Bibb County, State of Georgia. That action is designated there as Civil Action File No.: 22-SCCV-094133. Defendants first received notice of the suit on the day it was served, May 22, 2022. This removal is timely filed. Plaintiff has not specifically plead special damages as required by O.C.G.A. § 9-11-9(g). However, as shown on the face of the

Complaint, Plaintiff alleges that he endured and continues to endure pain and suffering, mental anguish, interference with his enjoyment of life, loss of his capacity to labor and earn money, disability, disfigurement, impairment of his body's health and vigor, fear of the extent of his injuries, limitations on his activities, and limitations on his independence. (Pl.'s Compl. ¶ 63). Plaintiff's alleged injuries include bilateral hip fractures. Plaintiff has also alleged a claim for punitive damages. (Pl.'s Compl. ¶¶ 68-9). Therefore, the amount in controversy exceeds $75,000.00.

2. Defendants file herewith a copy of all process, pleadings, and orders received by Defendants in Civil Action File No.: 22-SCCV-094133, pursuant to 28 USC §1446 (attached hereto as "Exhibit A").

3. Defendant Joseph Strickland is an individual and citizen residing with the intent to remain in the State of Kentucky. (Pl.'s Compl. ¶ 5).

4. Defendant Summitt Trucking, LLC, is now, was at the commencement of Civil Action File No.: 22-SCCV-094133, and at all times since has been an entity organized and existing under the laws of the State of Indiana. (Pl.'s Compl. ¶ 3). The sole members of Defendant are residents and citizens of the State of Indiana.

5. Defendant Summitt Trucking, LLC's Principal Office at the time of filing of Civil Action File No.: 22-SCCV-094133 was, and at all times since has been located in Clarksville, Indiana.

6. Defendant Third Coast Insurance Company's was at the commencement of Civil Action File No. 22-SCCV-094133, and at all times since has been an entity organized and existing under the laws of the State of Wisconsin.

7. Defendant Third Coast Insurance Company's Principal Office was at the commencement of Civil Action File No. 22-SCCV-094133, and at all times since has been located in the State of Michigan.

8. Upon information and belief, Plaintiff is an individual residing in the State of Georgia. (Pl.'s Compl. ¶ 2).

9. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties, the Parties are not residents of the same State, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

   a. Plaintiff has not specifically plead special damages as required by O.C.G.A. § 9-11-9(g). However, as shown on the face of the Complaint, Plaintiff alleges that he endured and continues to endure pain and suffering, mental anguish, interference with his enjoyment of life, loss of his capacity to labor and earn money, disability, disfigurement, impairment of his body's health and vigor, fear of the extent of his

injuries, limitations on his activities, and limitations on his independence. (Pl.'s Compl. ¶ 63). Specifically, Plaintiff has alleged bilateral hip fractures as a result of the accident. Therefore, the amount in controversy exceeds $75,000.00.

b. "Amount in controversy" means simply the amount sought by Plaintiff that can be legally awarded by the fact-finder. "The jurisdictional fact in this case is not whether the damages are greater than the requisite amount, but whether a fact finder might legally conclude that they are: In other words, an amount that a plaintiff claims is not 'in controversy' if no fact finder could legally award it." *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir., 2002). "[T]he plaintiffs' likelihood of success on the merits is largely irrelevant to the court's jurisdiction because the pertinent question is what is in controversy in the case, not how much the plaintiffs are ultimately likely to recover." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 751 (11th Cir., 2010). In a tort case the amount in controversy includes "general, special, and punitive damages." *Williams v. Best Buy Co.*, 269 F.3d 1316, 1320 (11th Cir., 2001).

10. Defendant attaches hereto a copy of the Summons and Complaint in State Court of Bibb County, State of Georgia, (see Exhibit "A").

11. Defendant attaches hereto a copy of Defendants' Notice of Removal which has been sent for filing in the State Court of Bibb County, State of Georgia, marked as Exhibit "B".

12. All Defendants agree to this removal.

WHEREFORE the Defendant prays that the above action now pending against them in the State Court of Bibb County, State of Georgia, be removed to this Court.

This 21st day of June, 2022.

                **HALL BOOTH SMITH, P.C.**

                */s/ Sean B. Cox*
                SEAN B. COX
                Georgia State Bar No. 664108
                SCOTT MOULTON
                Georgia State Bar No. 974237
                MARK CHRISTOPHER
                Georgia State Bar No. 821387
                *Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
scox@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS
TRIAL BY JURY OF 12**

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JONATHAN DURHAM,<br><br>    Plaintiff,<br><br>v.<br><br>SUMMITT TRUCKING, LLC, THIRD COAST INSURANCE COMPANY, and JOSEPH STRICKLAND,<br><br>    Defendants. | REMOVED FROM STATE COURT OF BIBB COUNTY<br>CIVIL ACTION FILE NO.<br>22-SCCV-094133 |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

>Brad W. Thomas
>FRIED GOLDBERG, LLC
>Three Alliance Center
>3550 Lenox Road, NE, Suite 1500
>Atlanta, Georgia 30326
>brad@friedgoldberg.com

This 21st day of June, 2022.

HALL BOOTH SMITH, P.C.

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108

6

                                        SCOTT MOULTON
                                        Georgia State Bar No. 974237
                                        MARK CHRISTOPHER
                                        Georgia State Bar No. 821387
                                        *Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
scox@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY OF 12**